















MAM   8/18/06   9:06
3:05-CV-02375   YOUNG V. CALIFORNIA STATE OF
*13*
*AMDCMP.*

THOMAS D. LUNEAU, Bar No. 145804
**CASEY, GERRY, SCHENK,**
**FRANCAVILLA, BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Fax: (619) 544-9232

Attorneys for Plaintiff

F I L E D

**NUNC PRO TUNC**

AUG 1 1 2006

06 AUG 17 PM 1: 52

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIF.

BY: DEP.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

GRETCHAN R. YOUNG, individually and
as Successor in Interest to the ESTATE
OF JOHNNY FITZGERALD YOUNG,

Plaintiff,

v.

ROBERT J. HERNANDEZ, an individual,
RICHARD RAMIREZ, an individual,
EDUARDO CORTEZ, an individual,
MICHAEL HAMMOND, an individual,
EDWIN FONTAN, an individual,
ROBERT CRAIG, an individual,
EDWARD WAMIL, an individual,
ABRAHAM SANCHEZ, an individual,
JOSE RODRIGUEZ, an individual, and
DOES 1 through 50, inclusive,

Defendants.

Civil No.    05-CV-2375 W (CAB)

**FIRST AMENDED COMPLAINT FOR**
**WRONGFUL DEATH AND**
**SURVIVORSHIP**

Comes now the Plaintiff, and for cause of action against the Defendants, and

each of them, complains and alleges as follows:

## GENERAL ALLEGATIONS

1.    The Court has jurisdiction over this action: Defendants, and each of

them, are located or reside in the State of California. Plaintiff GRETCHAN R. YOUNG

is a resident of the County of San Diego, State of California. Decedent Johnny

Casey, Gerry,
Schenk, Francavilla,
Blatt & Penfield, LLP

Complaint First Amended.wpd

**FIRST AMENDED COMPLAINT**

Page 1

05-CV-2375 W (CAB)

1  Fitzgerald Young was a resident of the County of San Diego, State of California.

2  Subject matter jurisdiction is conferred under 28 U.S.C. § 1331 in that this action raises

3  a question of federal law.

4       2.      Venue in this district is based upon 28 U.S.C. § 1391, subd. (b) in that the

5  events giving rise to Plaintiff's claims occurred in San Diego County, and conduct of

6  Defendants which forms the basis of this action occurred in San Diego County.

7       3.      Plaintiff is informed and believes, and thereon alleges, that Defendant

8  ROBERT J. HERNANDEZ was, at all times relevant hereto, the warden at the Richard

9  J. Donovan Correctional Facility, owned and operated by the State of California, located

10  at 480 Alta Road, San Diego, California, 92179.

11       4.      Plaintiff is informed and believes, and thereon alleges, that Defendants

12  RICHARD RAMIREZ, EDUARDO CORTEZ, MICHAEL HAMMOND, EDWIN FONTAN,

13  ROBERT CRAIG, EDWARD WAMIL, ABRAHAM SANCHEZ, and JOSE RODRIGUEZ

14  were, at all times relevant hereto, correctional officers or other employees at the

15  Richard J. Donovan Correctional Facility, owned and operated by the State of

16  California, located at 480 Alta Road, San Diego, California, 92179.

17       5.      The true names and capacities of Defendants herein named as DOES 1

18  through 50 are unknown to Plaintiff, who therefore sues said Defendants, and each of

19  them, by such fictitious names.  Plaintiff will amend this Complaint to show their true

20  names and capacities when same have been ascertained.  Plaintiff is informed and

21  believes, and thereon alleges, that each of the Defendants designated herein as DOES

22  were responsible in some manner for the events and happenings herein referred to and

23  negligently caused injuries and damages proximately thereby to the Plaintiff as herein

24  alleged.

25       6.      Plaintiff is informed and believes, and thereon alleges, that Defendants

26  DOES 1 through 50 were employed as probation or correctional officers or other

27  personnel at the Richard J. Donovan Correctional Facility, owned and operated by the

28  STATE OF CALIFORNIA, located at 480 Alta Road, San Diego, California, 92179.

Casey, Gerry,
Schenk, Francavilla,
Blatt & Penfield, LLP

1       7.    Plaintiff is informed and believes, and thereon alleges, that RICHARD J.

2   HERNANDEZ, RICHARD RAMIREZ, EDUARDO CORTEZ, MICHAEL HAMMOND,

3   EDWIN FONTAN, ROBERT CRAIG, EDWARD WAMIL, ABRAHAM SANCHEZ, JOSE

4   RODRIGUEZ, and DOES 1 through 50 were employed by Defendant State of California

5   and at all times alleged herein were acting within the scope and of their agency and

6   under color of law through said employment, agency, and service.

7       8.    Prior to the date of the filing of this Complaint, Plaintiff filed timely claims

8   against all named governmental entities pursuant to the requirements elucidated in the

9   pertinent sections of the California Government Code.   Plaintiff's claim against the

10  STATE OF CALIFORNIA and its employees named herein was denied on August 18,

11  2005.  The claim and denial are attached hereto as Exhibit A.

12      9.    Plaintiff is informed and believes, and thereon alleges, that at all times

13  herein mentioned each of the Defendants was the agent and employee of each of the

14  remaining Defendants and was at all times herein mentioned acting within the scope of

15  such agency and employment.

16      10.    Plaintiff GRETCHAN R. YOUNG is the biological mother of decedent

17  Johnny Fitzgerald Young.  Johnny Fitzgerald Young, deceased, died intestate and left

18  no surviving spouse, children, or issue of deceased children, and therefore Plaintiff

19  GRETCHAN R. YOUNG is the proper plaintiff in this action pursuant to California Code

20  of Civil Procedure section 377.60.

21      11.    On December 30, 2004, after the foregoing cause of action arose in his

22  favor, Johnny Fitzgerald Young died.  Johnny Fitzgerald Young, deceased, would have

23  been the plaintiff in this action had he lived.

24      12.    Plaintiff GRETCHAN R. YOUNG brings this action as the Successor in

25  Interest of the Estate of Johnny Fitzgerald Young as authorized by Cal. Code of Civil

26  Procedure §377.31-377.32.  Plaintiff also brings this action for the benefit of all

27  survivors, heirs at law and next of kin of the decedent, including the Successor in

28  Interest as specified in Section 377.11 of the Code of Civil Procedure.  The Declaration

Casey, Gerry,
Schenk, Francavilla,
Blatt & Penfield, LLP

Complaint First Amended.wpd

**FIRST AMENDED COMPLAINT**

Page 3

05-CV-2375 W (CAB)

1  required by Code of Civil Procedure section 377.32 is attached to this Complaint as

2  Exhibit B, and a certified copy of decedent Johnny Fitzgerald Young's death certificate

3  is attached as Exhibit C.

4       13.    On or about December 30, 2004, decedent John Fitzgerald Young was a

5  forty-year-old inmate at the Richard J Donovan Correctional Facility.

6       14.    At the above-mentioned time, and at all previous times relevant hereto,

7  decedent John Fitzgerald Young was suffering from a chronic mental illness and

8  required psychiatric medication.

9       15.    On or about December 30, 2004, decedent John Fitzgerald Young was

10  present in the prison yard of the Richard J Donovan Correctional Facility when he

11  began to act in what Defendants allege was an unusual manner.

12       16.    At said time and place, RICHARD J. HERNANDEZ, RICHARD RAMIREZ,

13  EDUARDO CORTEZ, MICHAEL HAMMOND, EDWIN FONTAN, ROBERT CRAIG,

14  EDWARD WAMIL, ABRAHAM SANCHEZ, JOSE RODRIGUEZ, and DOES 1-50, and

15  each of them, assaulted decedent John Fitzgerald Young while decedent was lying on

16  his stomach in the prison yard. In so doing, RICHARD J. HERNANDEZ, RICHARD

17  RAMIREZ, EDUARDO CORTEZ, MICHAEL HAMMOND, EDWIN FONTAN, ROBERT

18  CRAIG, EDWARD WAMIL, ABRAHAM SANCHEZ, JOSE RODRIGUEZ, and DOES 1-

19  50, and each of them, unlawfully and in violation of decedent's civil and constitutional

20  rights, placed decedent John Fitzgerald Young in choke holds and head locks, kneeled

21  on his neck and back, and stomped on his neck and back, all of which resulted in Mr.

22  Young's death. Additionally, RICHARD J. HERNANDEZ, RICHARD RAMIREZ,

23  EDUARDO CORTEZ, MICHAEL HAMMOND, EDWIN FONTAN, ROBERT CRAIG,

24  EDWARD WAMIL, ABRAHAM SANCHEZ, JOSE RODRIGUEZ, and DOES 1-50, and

25  each of them, unlawfully and in violation of decedent's civil and constitutional rights,

26  failed to summon medical care for decedent John Fitzgerald Young despite decedent's

27  immediate need for medical attention.

28       17.    The above-described use of excessive and deadly force and failure to

Casey, Gerry,
Schenk, Francavilla,
Blatt & Penfield, LLP

**FIRST AMENDED COMPLAINT**      05-CV-2375 W (CAB)

1  summon medical attention by RICHARD J. HERNANDEZ, RICHARD RAMIREZ,

2  EDUARDO CORTEZ, MICHAEL HAMMOND, EDWIN FONTAN, ROBERT CRAIG,

3  EDWARD WAMIL, ABRAHAM SANCHEZ, JOSE RODRIGUEZ, and DOES 1-50, and

4  each of them, while trying to restrain decedent in the prison yard was egregious and

5  unjustified, and was a flagrant violation of decedent's basic civil rights.

6  ### FIRST CAUSE OF ACTION

7  *42 U.S.C. § 1983 Constitutional Violations-8th Amendment: Excessive Force*

8  **[As to Defendants RICHARD J. HERNANDEZ, RICHARD RAMIREZ, EDUARDO**

9  **CORTEZ, MICHAEL HAMMOND, EDWIN FONTAN, ROBERT CRAIG, EDWARD**

10  **WAMIL, ABRAHAM SANCHEZ, JOSE RODRIGUEZ, and DOES 1-50]**

11      18.    Plaintiff realleges and incorporates by reference each and every allegation

12  stated above as though fully set forth herein.

13      19.    In committing the unlawful acts alleged above, Defendants RICHARD J.

14  HERNANDEZ, RICHARD RAMIREZ, EDUARDO CORTEZ, MICHAEL HAMMOND,

15  EDWIN FONTAN, ROBERT CRAIG, EDWARD WAMIL, ABRAHAM SANCHEZ, JOSE

16  RODRIGUEZ, and DOES 1-50, and each of them, used unreasonable, unjustified and

17  excessive force upon decedent John Fitzgerald Young.  The use of excessive force

18  constituted the wanton and unnecessary infliction of pain on decedent, in violation of

19  decedent's constitutional rights as guaranteed by the Eighth and Fourteenth

20  Amendments to the United States Constitution.

21      20.    The use of unreasonable and excessive force by Defendants RICHARD J.

22  HERNANDEZ, RICHARD RAMIREZ, EDUARDO CORTEZ, MICHAEL HAMMOND,

23  EDWIN FONTAN, ROBERT CRAIG, EDWARD WAMIL, ABRAHAM SANCHEZ, JOSE

24  RODRIGUEZ, and DOES 1-50 against decedent John Fitzgerald Young was not

25  applied in a good faith effort to maintain discipline but rather was applied maliciously for

26  the purpose of causing harm to decedent.

27      21.    As a direct and legal result of the aforesaid unjustified and excessive use

28  of force by the defendants RICHARD J. HERNANDEZ, RICHARD RAMIREZ,

Casey, Gerry,
Schenk, Francavilla,
Blatt & Penfield, LLP

1  EDUARDO CORTEZ, MICHAEL HAMMOND, EDWIN FONTAN, ROBERT CRAIG,
2  EDWARD WAMIL, ABRAHAM SANCHEZ, JOSE RODRIGUEZ, and DOES 1-50, and
3  each of them, decedent John Fitzgerald Young suffered fatal injuries.

4      22.    As a direct and legal result of the aforesaid unjustified and excessive use
5  of force by the defendants RICHARD J. HERNANDEZ, RICHARD RAMIREZ,
6  EDUARDO CORTEZ, MICHAEL HAMMOND, EDWIN FONTAN, ROBERT CRAIG,
7  EDWARD WAMIL, ABRAHAM SANCHEZ, JOSE RODRIGUEZ, and DOES 1-50, and
8  each of them, and the death of decedent John Fitzgerald Young resulting therefrom,
9  plaintiff GRETCHAN R. YOUNG was deprived of the care, comfort, society,
10 companionship, love, affection, moral support and financial support of said decedent,
11 all to damage in an amount to be proven at trial.

12     23.    As a further direct and legal result of the aforesaid unjustified and
13 excessive use of force by defendants RICHARD J. HERNANDEZ, RICHARD
14 RAMIREZ, EDUARDO CORTEZ, MICHAEL HAMMOND, EDWIN FONTAN, ROBERT
15 CRAIG, EDWARD WAMIL, ABRAHAM SANCHEZ, JOSE RODRIGUEZ, and DOES 1-
16 50, and each of them, and the death of decedent John Fitzgerald Young, plaintiff
17 GRETCHAN R. YOUNG has incurred medical, funeral and burial expenses in an
18 amount to be proven at the time of trial.

19     24.    In committing the acts alleged above, defendants RICHARD J.
20 HERNANDEZ, RICHARD RAMIREZ, EDUARDO CORTEZ, MICHAEL HAMMOND,
21 EDWIN FONTAN, ROBERT CRAIG, EDWARD WAMIL, ABRAHAM SANCHEZ, JOSE
22 RODRIGUEZ, and DOES 1-50 acted maliciously and/or were guilty of a wanton and
23 reckless disregard for the rights, feelings and safety of decedent John Fitzgerald
24 Young, and by reason thereof, plaintiff  GRETCHAN R. YOUNG is entitled to exemplary
25 and punitive damages in an amount to be proven at trial.

26     25.    Pursuant to U.S.C. § 1988, Plaintiff is entitled to reasonable attorney fees
27 as a part of her costs.
28 ///

## SECOND CAUSE OF ACTION

### *Wrongful Death – Negligence – Government Code § 820*

### **[As to Defendants RICHARD J. HERNANDEZ, RICHARD RAMIREZ, EDUARDO CORTEZ, MICHAEL HAMMOND, EDWIN FONTAN, ROBERT CRAIG, EDWARD WAMIL, ABRAHAM SANCHEZ, JOSE RODRIGUEZ, and DOES 1-50]**

26.     Plaintiff realleges and incorporates by reference each and every allegation stated above as though fully set forth herein.

27.     By the excessive use of force on decedent John Fitzgerald Young alleged above, Defendants RICHARD J. HERNANDEZ, RICHARD RAMIREZ, EDUARDO CORTEZ, MICHAEL HAMMOND, EDWIN FONTAN, ROBERT CRAIG, EDWARD WAMIL, ABRAHAM SANCHEZ, JOSE RODRIGUEZ, and DOES 1-50, and each of them, were negligent and breached their duty of due care owed to decedent.

28.     As a direct and legal result of the aforesaid negligence and carelessness of the defendants RICHARD J. HERNANDEZ, RICHARD RAMIREZ, EDUARDO CORTEZ, MICHAEL HAMMOND, EDWIN FONTAN, ROBERT CRAIG, EDWARD WAMIL, ABRAHAM SANCHEZ, JOSE RODRIGUEZ, and DOES 1-50, and each of them, decedent suffered fatal injuries.

29.     As a direct and legal result of the aforesaid negligence and carelessness of the defendants RICHARD J. HERNANDEZ, RICHARD RAMIREZ, EDUARDO CORTEZ, MICHAEL HAMMOND, EDWIN FONTAN, ROBERT CRAIG, EDWARD WAMIL, ABRAHAM SANCHEZ, JOSE RODRIGUEZ, and DOES 1-50, and each of them, and the death of decedent John Fitzgerald Young resulting therefrom, plaintiff GRETCHAN R. YOUNG was deprived of the care, comfort, society, companionship, love, affection, moral support and financial support of said decedent, all to damage in an amount in excess of the minimal jurisdictional limits of this honorable court.

30.     As a further direct and legal result of said negligence and carelessness of the defendants RICHARD J. HERNANDEZ, RICHARD RAMIREZ, EDUARDO CORTEZ, MICHAEL HAMMOND, EDWIN FONTAN, ROBERT CRAIG, EDWARD

Casey, Gerry.
Schenk, Francavilla,
Blatt & Penfield, LLP

1    WAMIL, ABRAHAM SANCHEZ, JOSE RODRIGUEZ, and DOES 1-50, and each of

2    them, and the death of decedent, plaintiff has incurred medical, funeral and burial

3    expenses in an amount to be proven at the time of trial.

4        **WHEREFORE**, Plaintiff GRETCHAN R. YOUNG pray judgment against

5    defendants, and each of them as to each and every cause of action, as follows:

6       1.      For general damages as proven at the time of trial;

7       2.      For medical, funeral and burial expenses as proven at time of trial;

8       3.      For loss of economic damages;

9       4.      For punitive damages as to the First Cause of Action only;

10      5.      For costs of suit;

11      6.      For attorney fees pursuant to 28 U.S.C. § 1988; and

12      7.      For such other and further relief as the court may deem just and proper

13

14   DATED: _8-11-06_            CASEY, GERRY, SCHENK,

15                     FRANCAVILLA, BLATT & PENFIELD LLP

16

17                     By:

18                     THOMAS D. LUNEAU

                      Attorney for Plaintiffs

19

20

21

22

23

24

25

26

27

28

Casey, Gerry,
Schenk, Francavilla,
Blatt & Penfield, LLP

Complaint First Amended.wpd

**FIRST AMENDED COMPLAINT**

Page 8

05-CV-2375 W (CAB)




# COUNTY OF SAN DIEGO

## GREGORY J. SMITH
### ASSESSOR/RECORDER/COUNTY CLERK

**CERTIFICATE OF DEATH**
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV. 1/04)

**3 200437 020235**

LOCAL REGISTRATION NUMBER

**0039**

| STATE FILE NUMBER | | |
|---|---|---|
| 1. NAME OF DECEDENT — FIRST (Given) John | 2. MIDDLE Fitzgerald | 3. LAST (Family) Young |

| 4A. ALSO KNOWN AS — Include full AKA (FIRST, MIDDLE, LAST) | 5. DATE OF BIRTH mm/dd/ccyy 06/04/1964 | 6. AGE Yrs 40 | IF UNDER ONE YEAR Months | IF UNDER 24 HOURS Minutes | 8. SEX M |
|---|---|---|---|---|---|

| 9. BIRTH STATE/FOREIGN COUNTRY DC | 9A. SOCIAL SECURITY NUMBER 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 | 11. EVER IN U.S. ARMED FORCES? ☐ YES ☒ NO ☐ UNK | 12. MARITAL STATUS (at Time of Death) Never Married | 7. DATE OF DEATH mm/dd/ccyy 12/30/2004 | 8. HOUR (24 Hours) 0724 |
|---|---|---|---|---|---|

| 13. EDUCATION — Highest Level/Degree (see next below for keys) Some College | 14/15. WAS DECEDENT HISPANIC/LATINO/A/SPANISH? (if yes, see code/chart on back) ☐ YES | 16. DECEDENT'S RACE — Up to 3 races may be listed (see code/chart on back) African American | | | |
|---|---|---|---|---|---|

| 17. USUAL OCCUPATION — Type of work for most of life. DO NOT USE RETIRED Sales Clerk | 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) Grocery Store | | 19. YEARS IN OCCUPATION 6 |
|---|---|---|---|

| 20. DECEDENT'S RESIDENCE (Street and number or location) 2326 Greenbriar Drive #3 | | | | |
|---|---|---|---|---|
| 21. CITY Oceanside | 22. COUNTY/PROVINCE San Diego | 23. ZIP CODE 92054 | 24. YEARS IN CITY 15 | 25. STATE/FOREIGN COUNTRY CA |

| 26. INFORMANT'S NAME, RELATIONSHIP Gretchan R. Young, Mother | 27. INFORMANT'S MAILING ADDRESS (Street and number or rural route number, city or town, state, ZIP) 2326 Greenbriar Drive #3, Oceanside, CA 92054 |
|---|---|

| 28. NAME OF SURVIVING SPOUSE — FIRST | 29. MIDDLE | 30. LAST (Maiden Name) |
|---|---|---|
| | | |

| 31. NAME OF FATHER — FIRST William | 32. MIDDLE Howard | 33. LAST Young Jr. | 34. BIRTH STATE VA |
|---|---|---|---|

| 35. NAME OF MOTHER — FIRST Gretchan | 36. MIDDLE Rutherford | 37. LAST (Maiden) Carter | 38. BIRTH STATE VA |
|---|---|---|---|

| 39. DISPOSITION DATE mm/dd/ccyy 01/07/2005 | 40. PLACE OF FINAL DISPOSITION Oak Hill Memorial Park, 2640 Glenridge Road, Escondido, CA 92025 | |
|---|---|---|
| 41. TYPE OF DISPOSITION(S) BU | 42. SIGNATURE OF EMBALMER ▶ John Hunter | 43. LICENSE NUMBER 8475 |
| 44. NAME OF FUNERAL ESTABLISHMENT CA Funeral Alternatives | 45. LICENSE NUMBER FD 1624 | 46. SIGNATURE OF LOCAL REGISTRAR ▶ Nancy L Cowen MD | 47. DATE mm/dd/ccyy 01/07/2005 |

| 101. PLACE OF DEATH RJ Donovan State Prison | 102. IF HOSPITAL, SPECIFY ONE ☐ IP ☐ ER/OP ☐ DOA | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE ☐ Hospice ☐ Nursing Home ☐ Decedent's Home ☒ Other |
|---|---|---|
| 104. COUNTY San Diego | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number or location) 480 Alta Rd. | 106. CITY San Diego |

| 107. CAUSE OF DEATH — Enter the chain of events — diseases, injuries, or complications — that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. | | Time Interval Between Onset and Death | 108. DEATH REPORTED TO CORONER? ☒ YES ☐ NO |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) (A) Pending | | | 109. BIOPSY PERFORMED? ☐ YES ☒ NO |
| Sequentially list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST (B) | | (B) | 110. AUTOPSY PERFORMED? ☒ YES ☐ NO |
| | (C) | (C) | 111. USED IN DETERMINING CAUSE? ☐ YES ☐ NO |
| | (D) | (D) | |

| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 | | 113A. IF FEMALE, PREGNANT IN LAST YEAR ☐ YES ☐ NO ☐ UNK |
|---|---|---|

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 113? (If yes, list type of operation and date.) | | |
|---|---|---|

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE AND PLACE STATED FROM THE CAUSES STATED. Decedent Attended Since ____ Decedent Last Seen Alive ____ | 115. SIGNATURE AND TITLE OF CERTIFIER ▶ | 116. LICENSE NUMBER | 117. DATE mm/dd/ccyy |
|---|---|---|---|
| | 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | | |

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. | 120. INJURED AT WORK? ☐ YES ☐ NO ☐ UNK | 121. INJURY DATE mm/dd/ccyy | 122. HOUR (24 Hours) |
|---|---|---|---|
| MANNER OF DEATH ☐ Natural ☐ Accident ☐ Homicide ☐ Suicide ☒ Pending Investigation ☐ Could not be determined | | | |

| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) | |
|---|---|

| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) | |
|---|---|

| 125. LOCATION OF INJURY (Street and number, or location, and city and ZIP) | |
|---|---|

| 126. SIGNATURE OF CORONER / DEPUTY CORONER ▶ (signature) | 127. DATE mm/dd/ccyy 01/01/2005 | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER Glenn N. Wagner, D.O. C.M.E. |
|---|---|---|

| STATE REGISTRAR | A | B | C | D | E | FAX AUTH # 2500537 | CENSUS TRACT |
|---|---|---|---|---|---|---|---|

This is a true and exact reproduction of the document officially registered and placed on file in the office of the San Diego County Recorder/Clerk.



August 11, 2006

Gregory J. Smith
Assessor/Recorder/County Clerk

This copy is not valid unless prepared on an engraved border displaying date, seal and signature of the Recorder/County Clerk

*001816101*




ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



**STATE OF CALIFORNIA**
CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN DIEGO

### GREGORY J. SMITH
### ASSESSOR/RECORDER/COUNTY CLERK

## AMENDMENT OF MEDICAL AND HEALTH DATA—DEATH

3 05 2004 223347     STATE FILE NUMBER     USE BLACK INK ONLY—NO ERASURES, WHITEOUT, OR ALTERATIONS     3 200437 020235    LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER

TYPE OR PRINT IN BLACK INK ONLY.

**PART I — INFORMATION TO LOCATE RECORD**

| 1. NAME—FIRST (GIVEN) | 2. MIDDLE | 3. LAST (FAMILY) | 4. SEX |
|---|---|---|---|
| John | Fitzgerald | Young | M |

| 5. DATE OF EVENT—MM/DD/CCYY | 6. CITY OF OCCURRENCE | 7. COUNTY OF OCCURRENCE |
|---|---|---|
| 12/30/2004 | San Diego | San Diego |

**PART II — INFORMATION AS IT APPEARS ON RECORD**

04-02621

0512

107. DEATH WAS CAUSED BY (ENTER ONLY ONE CAUSE PER LINE FOR A, B, AND D)

IMMEDIATE CAUSE (A) Pending
(B)
(C)
DUE TO (D)

2 of 2

| | TIME INTERVAL BETWEEN ONSET AND DEATH | 108. DEATH REPORTED TO CORONER |
|---|---|---|
| | | [X] YES [ ] NO REFERRAL NUMBER 04-02621 |
| | | 109. BIOPSY PERFORMED [ ] YES [X] NO |
| | | 110. AUTOPSY PERFORMED [X] YES [ ] NO |
| | | 111. USED IN DETERMINING CAUSE [X] YES [ ] NO |

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN 107

113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? IF YES, LIST TYPE OF OPERATION AND DATE.

| 119. MANNER OF DEATH | 120. INJURY AT WORK | 121. INJURY DATE—MM / DD / CCYY | 122. HOUR | 123. PLACE OF INJURY |
|---|---|---|---|---|
| [ ] NATURAL [ ] SUICIDE [ ] HOMICIDE [ ] ACCIDENT [X] PENDING INVESTIGATION [ ] COULD NOT BE DETERMINED | [ ] YES [ ] NO | | | |

124. DESCRIBE HOW INJURY OCCURRED (EVENTS WHICH RESULTED IN INJURY)

125. LOCATION (STREET AND NUMBER OR LOCATION AND CITY AND ZIP CODE)

**PART III — INFORMATION AS IT SHOULD APPEAR**

107. DEATH WAS CAUSED BY (ENTER ONLY ONE CAUSE PER LINE FOR A, B, C, AND D)

IMMEDIATE CAUSE (A) Cardiopulmonary arrest following prone restraint with neck & chest compression — Rapid
(B) Acute psychosis — Unk
(C)
DUE TO (D)

| | TIME INTERVAL BETWEEN ONSET AND DEATH | 108. DEATH REPORTED TO CORONER |
|---|---|---|
| | | [X] YES [ ] NO REFERRAL NUMBER 04-02621 |
| | | 109. BIOPSY PERFORMED [ ] YES [X] NO |
| | | 110. AUTOPSY PERFORMED [X] YES [ ] NO |
| | | 111. USED IN DETERMINING CAUSE [X] YES [ ] NO |

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN 107
None

113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? IF YES, LIST TYPE OF OPERATION AND DATE.
No

| 119. MANNER OF DEATH | 120. INJURY AT WORK | 121. INJURY DATE—MM / DD / CCYY | 122. HOUR | 123. PLACE OF INJURY |
|---|---|---|---|---|
| [ ] NATURAL [ ] SUICIDE [ ] HOMICIDE [X] ACCIDENT [ ] PENDING INVESTIGATION [ ] COULD NOT BE DETERMINED | [ ] YES [X] NO | 12/30/2004 | Unk | Prison |

124. DESCRIBE HOW INJURY OCCURRED (EVENTS WHICH RESULTED IN INJURY)
Inmate restrained prone by prison correctional officers

125. LOCATION (STREET AND NUMBER OR LOCATION AND CITY AND ZIP CODE)
480 Alta Road San Diego 92179

**DECLARATION OF CERTIFYING PHYSICIAN OR CORONER**

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

| 8. SIGNATURE OF CERTIFYING PHYSICIAN OR CORONER | 9. DATE SIGNED—MM/DD/CCYY | 10. TYPED OR PRINTED NAME AND DEGREE/TITLE OF CERTIFIER |
|---|---|---|
| *(signature)* | 04/11/2005 | Glenn N. Wagner, D.O. |

| 11. ADDRESS—STREET AND NUMBER | 12. CITY | 13. STATE | 14. ZIP CODE |
|---|---|---|---|
| 5555 Overland Avenue, Suite 1411 | San Diego | CA | 92123 |

**STATE/LOCAL REGISTRAR USE ONLY**

| 15. SIGNATURE OF STATE REGISTRAR OR SIGNATURE OF LOCAL REGISTRAR OF VITAL STATISTICS | 16. DATE ACCEPTED FOR REGISTRATION—MM/DD/CCYY |
|---|---|
| | 06/07/2005 |

STATE OF CALIFORNIA, DEPARTMENT OF HEALTH SERVICES, OFFICE OF STATE REGISTRAR

This is a true and exact reproduction of the document officially registered and placed on file in the office of the San Diego County Recorder/Clerk.



August 11, 2006     Gregory J. Smith
Assessor/Recorder/County Clerk

This copy is not valid unless prepared on an engraved border displaying date, seal and signature of the Recorder/County Clerk.

*001816102*

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE




1 | THOMAS D. LUNEAU, Bar No. 145804
CASEY, GERRY, SCHENK,
2 | FRANCAVILLA, BLATT & PENFIELD, LLP
110 Laurel Street
3 | San Diego, CA 92101
Telephone: (619) 238-1811
4 | Fax: (619) 544-9232

5 | Attorneys for Plaintiff

6

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10

11 | GRETCHAN R. YOUNG, individually and )
as Successor in Interest to the ESTATE )
12 | OF JOHNNY FITZGERALD YOUNG, )

Civil No.    05-CV-2375 W (CAB)

DECLARATION OF GRETCHAN R.
YOUNG

13 |                 Plaintiff, )

14 | v. )

RE: FIRST AMENDED COMPLAINT
FOR WRONGFUL DEATH AND
SURVIVORSHIP

15 | STATE OF CALIFORNIA, a public entity, )
ROBERT J. HERNANDEZ, an individual, )
16 | RICHARD RAMIREZ, an individual, )
EDUARDO CORTEZ, an individual, )
17 | MICHAEL HAMMOND, an individual, )
EDWIN FONTAN, an individual, ROBERT )
18 | CRAIG, an individual, EDWARD WAMIL, )
an individual, ABRAHAM SANCHEZ, an )
19 | individual, JOSE RODRIGUEZ, an )
individual, and DOES 1 through 50, )
20 | inclusive, )

21 |                 Defendants. )

22

23 |        I, Gretchan R. Young, hereby declare:

24 |        1.    All matters stated are personally known to me, and if called as a witness in

25 | the above-captioned matter, I could testify competently thereto.

26 |        2.    I am the biological mother of Johnny Fitzgerald Young, deceased.

27 | Decedent Johnny Fitzgerald Young died on December 30, 2004, while incarcerated at

28 | the Richard J. Donovan Correctional Facility located at 480 Alta Road, San Diego,

Casey, Gerry,
Schenk, Francavilla,
Blatt & Penfield, LLP

Companion First Amended Decl. wpd

Declaration of Gretchan R. Young
Re: First Amended Complaint
05-CV-2375 W (CAB)

Page 1

1    California, 92179.   Decedent died intestate and left no surviving spouse, children, or

2    issue of deceased children.

3          3.    No proceeding is now pending in California for administration of the

4    decedent's estate.

5          4.    I am the decedent's successor in interest, as defined in section 377.11 of

6    the California Code of Civil Procedure, and succeed to the decedent's interest in the

7    action or proceeding.

8          5.    No other person has a superior right to commence the action or proceeding

9    or to be substituted for the decedent in the pending action or proceeding.

10         I hereby declare under penalty of perjury under the laws of the State of California

11    that the foregoing is true and correct.  Executed this, the ___ day of August, 2006.

12

13

14                                              GRETCHAN R. YOUNG

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Casey,
Gerry
& Schenk,
& Penfield, LLP

Declaration of Gretchan R. Young
Re: First Amended Complaint
05 CV 2375 W (CAB)

STATE OF CALIFORNIA                                                    ARNOLD SCHWARZENEGGER, Governor

**VICTIM COMPENSATION AND GOVERNMENT CLAIMS BOARD**
GOVERNMENT CLAIMS BRANCH
P O BOX 3035
SACRAMENTO, CALIFORNIA 95812-3035
Toll Free Number: 1-800-955-0045   Fax Number: (916) 323-5768
Internet: www.vcgcb.ca.gov

FRED AGUIAR
Secretary
State and Consumer Services Agency
And Chairperson

STEVE WESTLY
State Controller
State Controller's Office
And Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

KAREN McGAGIN
Executive Officer

Thomas Luneau
Casey, Gerry, Reed & Schenk, LLP
110 Laurel St
San Diego, CA  92101

July 08, 2005

RE:  Claim G555105 for Gretchan Young
     Tort claim for Complex Issues, Wrongful Death

Dear Thomas Luneau,

    ...e Victim Compensation and Government Claims Board (Board ) received your claim on June 15, 2005.

Based on its review of your claim, Board  staff recommends the claim be rejected because the claim raises
complex issues of  fact and law that should be resolved through formal legal action. The claim has been placed
on the consent agenda.  The Board  will act on your claim at the August 18, 2005, hearing. You do not need to
appear at this hearing.   The Board 's rejection of your claim will allow you to initiate litigation should you wish
to pursue this matter further.

If you have questions about this matter, please mention letter reference 50 and claim number G555105 when
you call or write your claim technician or analyst at (800) 955-0045.

Sincerely,

Government Claims Branch
Victim Compensation and Government Claims Board

  ..c: D-8 Attorney Generals Office, Attn: Tort Claims Coordinator
     B-23 Corrections and Rehabilitation, Attn: Donna Corbin
     GCB Staff

Ltr 50 Complex Issue Reject

**Government Claims Form**
**California Victim Compensation and Government Claims Board**
P.O. Box 3035
Sacramento, CA 95812-3035

1-800-955-0045 • www.governmentclaims.ca.gov

State of California

For Office Use Only
Claim No.:

## Is your claim complete?

| | |
|---|---|
| ☑ | **New!** Include a check or money order for $25 payable to the State of California. |
| ☑ | Complete all sections relating to this claim and sign the form. Please print or type all information. |
| ☑ | Attach receipts, bills, estimates or other documents that back up your claim. |
| ☑ | Include two copies of this form and all the attached documents with the original. |

## Claimant Information

**①** Young *Last name*    Gretchan *First Name*    *MI*

**②** Tel: 760 439 8973

**③** Email:

**④** 2326 Greenbriar Drive, #3 *Mailing Address*    Oceanside *City*    CA *State*    92054 *Zip*

**⑤** Best time and way to reach you: Mail

**⑥** Is the claimant under 18?  ☐ Yes  ☑ No    If YES, give date of birth: ☐ MM  ☐ DD  ☐ YYYY

## Attorney or Representative Information

**⑦** Luneau *Last name*    Thomas *First Name*    *MI*

**⑧** Tel: 619 238 1811

**⑨** Email:

**⑩** Casey, Gerry, et. al.,  110 Laurel Street *Mailing Address*    San Diego *City*    CA *State*    92101 *Zip*

**⑪** Relationship to claimant: Attorney

## Claim Information

**⑫** Is your claim for a stale-dated warrant (uncashed check) or unredeemed bond?  ☐ Yes  ☑ No

State agency that issued the warrant:    If NO, continue to Step **⑬**

| Dollar amount of warrant: | Date of issue: | | |
|---|---|---|---|
| | | MM  DD | YYYY |

Proceed to Step **㉒**.

**⑬** Date of Incident: December 30, 2004

Was the incident more than six months ago?  ☐ Yes  ☑ No
If YES, did you attach a separate sheet with an explanation for the late filing?  ☐ Yes  ☐ No

**⑭** State agencies or employees against whom this claim is filed:

California Department of Corrections, Richard J. Donovan Correctional Facility, 480 Alta Road, San Diego, CA 92179, Robert J. Hernandez, Warden, and DOES 1-50

**⑮** Dollar amount of claim: $5,000,000.00

If the amount is more than $10,000, indicate the type of civil case:  ☐ Limited civil case ($25,000 or less)  ☑ Non-limited civil case (over $25,000)

Explain how you calculated the amount:

Claimant's son was killed by personnel at Donovan facility while they were restraining him.

**16** Location of the incident:

Richard J. Donovan Correctional Facility -- prison yard

**17** Describe the specific damage or injury:

Wrongful death of inmate John Fitzgerald Young caused by the State of California and its employees.

**18** Explain the circumstances that led to the damage or injury:

Please see Attachment "A"

**19** Explain why you believe the state is responsible for the damage or injury:

Please see Attachment "A"

**20** Does the claim involve a state vehicle? ☐ Yes ☑ No

If YES, provide the vehicle license number, if known:

## Auto Insurance Information

**21**

Name of Insurance Carrier

| Mailing Address | | City | | State | Zip |
|---|---|---|---|---|---|

| Policy Number: | Tel: | |
|---|---|---|

| Are you the registered owner of the vehicle? | ☐Yes | ☐No |
|---|---|---|

If NO, state name of owner:

| Has a claim been filed with your insurance carrier, or will it be filed? | ☐Yes | ☐No |
|---|---|---|
| Have you received any payment for this damage or injury? | ☐Yes | ☐No |

If yes, what amount did you receive?

Amount of deductible, if any:

| Claimant's Drivers License Number: | Vehicle License Number: |
|---|---|
| Make of Vehicle: | Model: | Year: |

Vehicle ID Number:

## Notice and Signature

**22** I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72).

*Gretchen R. Young*      06/14/05

Signature of Claimant or Representative      Date

**23** Mail the original and two copies of this form and all attachments with the $25 filing fee or the "Filing Fee Waiver Request" to: Government Claims Program, P.O. Box 3035, Sacramento, CA, 95812-3035. Forms can also be delivered to the Victim Compensation and Government Claims Board, 630 K Street, Sacramento.

## For State Agency Use Only

**24**

| Name of State Agency | Fund or Budget Act Appropriation No. |
|---|---|

| Name of Agency Budget Officer or Representative | Title |
|---|---|

| Signature | Date |
|---|---|

VCGCB-GC-002 (Rev. 8/04)

**ATTACHMENT "A" TO CLAIM AGAINST THE STATE OF CALIFORNIA,
CLAIMANT - GRETCHAN YOUNG**

On December 30, 2004, seven Richard J Donovan State Prison Correctional Officers were attempting to restrain 40 year old inmate, John Fitzgerald Young with leg and hand cuffs while he was laying on his stomach in the prison yard. The correctional officers wrongly used excessive force and intentionally and negligently battered and injured Mr. Young by placing Mr. Young in choke holds and head locks, kneeling on his neck and back, and stomping on his neck and back, resulting in his death.

RJ Donovan State Prison, State of California and the California Department of Corrections, the State Police and each of their agents, servants, and employees are at fault for the violation of Mr. Young's federal and state civil rights, including the use of excessive force, engaging in cruel and unusual punishment, and the denial Mr. Young's right of due process and equal protection of the law. The above-named entities and their employees are also liable for the assault and battery of Mr. Young, for failure to prevent other officer(s) from use of excessive and lethal force, for the negligent injury of Mr. Young, and for the negligent hiring, training, retention, supervision and discipline of their correctional officers.

1　THOMAS D. LUNEAU, Bar No. 145804
**CASEY, GERRY, SCHENK,**
2　**FRANCAVILLA, BLATT & PENFIELD, LLP**
110 Laurel Street
3　San Diego, CA 92101
Telephone: (619) 238-1811
4　Fax: (619) 544-9232

5　Attorneys for Plaintiff

6

7

8　## IN THE UNITED STATES DISTRICT COURT

9　## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11　GRETCHAN R. YOUNG, individually and ) 　CASE NO.  05cv2375 W(CAB)
as Successor in Interest to the ESTATE ）
12　OF JOHNNY FITZGERALD YOUNG, 　　) 　**PROOF OF SERVICE**
　　　　　　　　　　　　　　　　　　　　　　)
13　　　　　　　　　Plaintiff, 　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
14　v. 　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
15　STATE OF CALIFORNIA, a public entity, )
ROBERT J. HERNANDEZ, an individual, )
16　and DOES 1 through 50, inclusive, 　　)
　　　　　　　　　　　　　　　　　　　　　　)
17　　　　　　　　Defendants. 　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
18

19　　　　I, the undersigned, declare that I am, and was at the time of service of the papers

20　herein referred to, over the age of 18 years, and not a party to the action.  I am employed

21　in the County of San Diego, California, in which county the within mentioned mailing

22　occurred.  My business address is 110 Laurel Street, San Diego, California 92101.  I

23　served the following documents:

24

25　**FIRST AMENDED COMPLAINT FOR WRONGFUL DEATH AND SURVIVORSHIP**

26

27　by placing a copy in a separate envelope for each addressee named hereafter, addressed

28　to each such addressee respectively as follows:

Casey, Gerry,
Schenk, Francavilla,
Blatt & Penfield, LLP

1  Bill Lockyear
   Attorney General of the State of California
2  James M. Humes
   Chief Assistant Attorney General
3  Frances T. Grunder
   Senior Assistant Attorney General
4  Richard F. Wolfe
   Supervising Deputy Attorney General
5  Susan E. Coleman
   Deputy Attorney General
6  110 West A Street, Suite 1100
   San Diego, CA  92101
7
   Telephone:   (619) 645-3083
8  Facsimile:    (619) 645-2851
9  Attorneys for Defendant State of California

10

11  I then sealed each envelope and, placed each for deposit in the United States Postal

12  Service, this same day, at my business address, following ordinary business practices on

13  this same day.

14       I declare under penalty of perjury under the laws of the State of California and the

15  United States of America that the foregoing is true and correct. Executed August 11, 2006,

16  at San Diego, California.

17

18                                        _Steve Leonard_
                                          _____
19                                        STEVE LEONARD

20

21

22

23

24

25

26

27

28

Casey, Gerry,
Schenk, Francavilla,
Blatt & Penfield, LLP

Proof.1st amended complaint.wpd                                Page 2
                                                         05cv2375 W(CAB)
                                                         PROOF OF SERVICE