UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRETCHAN R. YOUNG, individually and as Successor in Interest to the ESTATE OF JOHNNY FITZGERALD YOUNG,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　　　　　　　　　Defendants. | Civil No.   05cv02375 JLS (CAB)<br><br>**ORDER FOLLOWING PRODUCTION OF DOCUMENTS** |

　　　Pursuant to this Court's order of October 1, 2007, Plaintiff submitted questionnaires prepared by third parties to the Court for an *in camera* review. Having reviewed the documents, the Court hereby orders Plaintiff to produce the following documents to Defendants under the protective language "confidential, attorneys' eyes only": Document Nos. 1, 3, 4, 6 and 7. The following portions of Document No. 5 shall also be produced: the cover page and the section titled "My Statement Regarding the Death of John," located on pages 2-3. The remaining portions of Document No. 5 may be redacted.

　　　The documents shall be produced **no later than October 24, 2007**.

　　　**IT IS SO ORDERED**.

DATED: October 17, 2007

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**CATHY ANN BENCIVENGO**
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge