Alfred De La Cruz, SBN 151388
Marguerite T. Lieu, SBN 143979
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
550 West "C" Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 515-0269
Facsimile: (619) 515-0268
amd@mmker.com; mtl@mmker.com

Susan E. Coleman, Esq., SBN 171832
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
Email: sec@mmker.com

Attorneys for Defendants,
EDWIN FONTAN, ROBERT CRAIG,
EDWARD WAMIL and JOSE RODRIGUEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRETCHAN R. YOUNG, individually and as Successor in Interest to the ESTATE OF JOHNNY FITZGERALD YOUNG,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT J. HERNANDEZ, RICHARD RAMIREZ, EDUARDO CORTEZ, MICHAEL HAMMOND, EDWIN FONTAN, ROBERT CRAIG, EDWARD WAMIL, ABRAHAM SANCHEZ, JOSE RODRIGUEZ, et al.,<br><br>Defendants. | Case No.: 05-CV-2375 JLS (CAB)<br><br>**JOINT MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANTS CRAIG, FONTAN, RODRIGUEZ, AND WAMIL WITH PREJUDICE**<br><br>[PROPOSED ORDER SUBMITTED HEREWITH] |

THE PARTIES herein, comprised of "Plaintiffs" (ESTATE OF JOHNNY

YOUNG, by and through its Successor in Interest Gretchan Young, and

GRETCHAN YOUNG, individually), and "Defendants" (EDWIN FONTAN, ROBERT CRAIG, EDWARD WAMIL and JOSE RODRIGUEZ, individually), HEREBY VOLUNTARILY STIPULATE to the dismissal with prejudice of this entire action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, each party to bear his own attorney's fees and costs.

Date: August __, 2009

THE GOMEZ FIRM

By: _____
John Gomez

Dated: August 19, 2009

CASEY, GERRY FRANCAVILLA et al.

By: _____
Thomas Luneau

Attorneys for Plaintiffs,
GRETCHAN R. YOUNG, individually and as Successor in Interest to the ESTATE OF JOHNNY FITZGERALD YOUNG

Dated: August 19, 2009

MANNING & MARDER KASS ELLROD RAMIREZ LLP

By: _____
Susan E. Coleman, Esq.

Attorneys for Defendants,
EDWIN FONTAN, ROBERT CRAIG, EDWARD WAMIL and JOSE RODRIGUEZ